Roger D. Drake (SBN 237834)
BERTOLDO CARTER SMITH & CULLEN
7408 West Sahara Avenue
Las Vegas, NV 89117
(702) 800-0000 (tel.)
(702) 228-2333 (fax)
rdrake@nvlegaljustice.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY KLEIN, | ) |
| | ) CASE NO.: 2:24-cv-02065-AS |
| Plaintiff, | ) |
| | ) |
| v. | ) [~~PROPOSED~~] ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FIVE THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($5,500.00) and costs in the amount of FOUR HUNDRED FIVE DOLLARS ($405.00) subject to the terms of the stipulation.

DATED: October 10, 2024            / s / Sagar
                                   HON. ALKA SAGAR
                                   UNITED STATES MAGISTRATE JUDGE

-1-